United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JULIAN DEL BOSQUE | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 5:26-CV-802 |
| | § | |
| | § | |
| JUAN M. DOMINGUEZ BERLANGA *et al.* | § | |
| | § | |

## ORDER

Before the Court is Defendant Juan M. Dominguez Berlanga's Notice of Removal. (Dkt. No. 1). Lanita S. Morgan (Texas Bar No. 24088090) is listed as attorney of record for Plaintiff in the proceeding prior to its removal. (Dkt. No. 1-4 at 1). A check of this Court's roster of attorneys admitted to practice indicates that Plaintiff's attorney is not admitted to practice in the United States District Court for the Southern District of Texas.

Therefore, the Court **ORDERS** Ms. Morgan to file an advisory[1] stating how she intends to proceed with her representation of Plaintiff in this case in light of her lack of membership in the Southern District of Texas **no later than May 27, 2026**.

To ensure counsel receives this Order, the Court hereby **DIRECTS** the Clerk of Court to send a copy of this Order to Ms. Morgan via electronic mail at lmorgan@bushlawgrp.com and by any receipted means at 5601 Executive Drive, Suite 410, Irving, Texas 75038.                      (signature on next page)

---

[1] The Court advises Ms. Morgan that she is permitted only to mail or submit in-person physical copies of her response to the clerk's office in Laredo. She will not be permitted to use the Court's e-filing system unless/until she is admitted to the Southern District of Texas.

IT IS SO **ORDERED**.

**SIGNED** the 22nd day of May, 2026.

Christopher dos Santos
United States Magistrate Judge