United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

JULIAN DEL BOSQUE                   §
                                    §
                                    §
VS.                                 §
                                    §          CIVIL ACTION NO. 5:26-CV-802
                                    §
JUAN M. DOMINGUEZ BERLANGA *et al.* §

## **ORDER**

On May 22, 2026, the Court ordered Defendant Juan M. Dominguez Berlanga to submit supplemental briefing alleging the domicile of the parties by May 27, 2026. (Dkt. No. 5). Defendant Berlanga was also ordered to file the executed process for Defendant Berlanga and a list of all counsel of record by the same date. (*Id.*). To date, Defendant Berlanga has not filed any of the requested materials.

The Court again **ORDERS** Defendant Berlanga to: (1) submit supplemental briefing alleging the domicile of the parties, (2) the executed process for himself,[1] and (3) a list of all counsel of record **no later than June 4, 2026.** The Court admonishes Defendant Berlanga for failing to comply with this Court's Order. **The Court also advises Defendant Berlanga that failing to comply with this Court's Order may result in Defendant Berlanga having to show cause as to why sanctions should not be imposed.**

(signature on next page)

---

[1] Defendant Berlanga only attached the executed process for Defendant Belden. (Dkt. No. 1-3).

IT IS SO **ORDERED**.

**SIGNED** the 28th day of May, 2026.

Christopher dos Santos
United States Magistrate Judge