United States District Court
Southern District of Texas

**ENTERED**

June 17, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JULIAN DEL BOSQUE | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 5:26-CV-802 |
| | § | |
| | § | |
| JUAN M. DOMINGUEZ BERLANGA *et al.* | § | |

## ORDER

On May 22, 2026, the Court ordered Defendant Juan M. Dominguez Berlanga to submit supplemental briefing alleging the domicile of the parties by May 27, 2026. (Dkt. No. 5). Defendant Berlanga was also ordered to file the executed process for Defendant Berlanga and a list of all counsel of record by the same date. (*Id.*). After failing to comply, the Court again ordered Defendant Berlanga to file the above-mentioned materials by June 4, 2026. (Dkt. No. 7).  To date, Defendant Berlanga has not filed any of the requested materials.

For a third time, the Court **ORDERS** Defendant Berlanga to: (1) submit supplemental briefing alleging the domicile of the parties, (2) the executed process for himself,[1] and (3) a list of all counsel of record **no later than June 24, 2026.**

Counsel for Defendant Berlanga, attorney Jose De Jesus Trevino, Jr., is hereby **ORDERED TO SHOW CAUSE** in a written response, **no later than June 24, 2026**, as to why he should not be sanctioned for failing to comply with this Court's orders.

(signature on next page)

---

[1] Defendant Berlanga only attached the executed process for Defendant Belden. (Dkt. No. 1-3).

IT IS SO **ORDERED**.

**SIGNED** the 17th day of June, 2026.

Christopher dos Santos
United States Magistrate Judge