United States District Court
Southern District of Texas

**ENTERED**

July 01, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JULIAN DEL BOSQUE | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 5:26-CV-802 |
| | § | |
| | § | |
| JUAN M. DOMINGUEZ BERLANGA *et al.* | § | |
| | § | |

## ORDER

On May 28, 2026, Lanita S. Morgan (Texas Bar No. 24088090), attorney of record for Plaintiff in the proceeding prior to its removal, filed her Advisory in Response to Order Entered on May 22, 2026, and Notice of Withdrawal of Counsel. (Dkt. No. 6). In her notice, she informs the Court that she "is transitioning representation of the Plaintiff in this matter to her colleague Sikandar Mehr, who is admitted to practice in this Court." (Dkt. No. 6 at 1–2). She further explained that "Sikandar Mehr will file a Notice of Appearance on behalf of Plaintiff" and requested that the Court grant her motion to withdraw upon receipt and acceptance of Mr. Mehr's Notice of Appearance. (*Id.* at 2). As such, the Court construes Ms. Morgan's advisory as a motion to withdraw and substitute counsel.

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *Gowdy v. Marine Spill Response Corp.*, 925 F.3d 200, 204 (5th Cir. 2019) (quoting *In re Wynn*, 889 F.2d 644, 646 (5th Cir. 1989)). Whether to grant withdrawal is a matter "entrusted to the sound discretion of the court." *Id.* (quoting *Wynn*, 889 F.2d at 646). The Court may

permit counsel to withdraw upon motion and "under whatever conditions [it] finds necessary to prevent delay." *Mapfre Tepeyac, SA v. Robbins Motor Transp., Inc.*, No. H-05-1908, 2006 WL 3694502, at *8 (S.D. Tex. Dec. 13, 2006). "Although no delay will be countenanced because of a change in counsel, withdrawal of counsel-in-charge may be effected by motion and order, under conditions imposed by the Court." S.D. Tex. L.R. 83.2.

On June 17, 2026, the Court ordered Ms. Morgan to file an advisory by June 24, 2026, addressing whether Mr. Mehr still intended to file a Notice of Appearance and represent Plaintiff in this matter as he had not done so. (Dkt. No. 9). To date, Ms. Morgan has not filed an advisory, but Sikandar Mehr entered an appearance as counsel for Plaintiff on June 17, 2026. (Dkt. No. 10).

Finding good cause and that no prejudice to either party or delay will result from the substitution, the Court **GRANTS** Ms. Morgan's request to withdraw and substitute Sikandar Mehr as counsel of record.

The Court hereby **DIRECTS** the Clerk of Court to send a copy of this Order to Lanita S. Morgan by any receipted means at 5601 Executive Drive, Suite 410, Irving, Texas 75038.

IT IS SO **ORDERED**.

**SIGNED** the 1st day of July, 2026.

Christopher dos Santos
United States Magistrate Judge